FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 6 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. MJ 21-1287 SCY |
| vs. | ) Count 1: 16 U.S.C. §§ 703 and 707(a), and 50 C.F.R. § 10.13, A Violation Of The Migratory Bird Treaty Act (Class B Misdemeanor) |
| **DILLON RAY EUSTACE**, | ) |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

Count 1

On or about November 28, 2019, in Sandoval County, in the District of New Mexico, the defendant, **DILLON R EUSTACE**, did pursue, hunt, take, capture, kill, and attempt to take, capture, and kill any non-game migratory bird, to wit: a Gyrefalcon (Falco Rusticolus).

In violation of 16 U.S.C. §§ 703 and 707(a), and 50 C.F.R. § 10.13.

FRED J. FEDERICI
United States Attorney

ALEXANDER F. FLORES
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103-0607
(505) 346-7274